AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

JMC GLASS & MIRROR, INC., a
dssolved Illinois corporation, a/k/a JMC Glass &
Mirror Inc. a/k/a JMC Glass & Mirror
MAX CHEATHAM, individually and d/b/a JMC
Glass & Mirror, Inc. a/k/a JMC Glass & Mirror
Inc. a/k/a JMC Glass & Mirror
JOAN CHEATHAM, individually and d/b/a
JMC Glass & Mirror, Inc. a/k/a JMC Glass &
Mirror Inc. a/k/a JMC Glass & Mirror

CASE NUMBER: 1:05CV0955
JUDGE: PAUL F. FRIEDMAN
DECK TYPE: LABOR/ERISA NON-EMPLOYMENT
DATE STAMP: 05/12/05

TO: (Name and address of Defendant)

JMC Glass & Mirror, Inc., a dissolved Illinois
corporation, a/k/a JMC Glass & Mirror Inc. a/k/a
JMC Glass & Mirror
302 S. Lee Street
Bloomington, IL  61701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        MAY 12 2005

CLERK                              DATE

_(signature)_
(By) DEPUTY CLERK

# FOSTER INVESTIGATIONS
## AFFIDAVIT OF SERVICE OF PROCESS

Case Number: 1:05CV0955

International Painters and Allied
Trades Industry Pension Fund
Plaintiff
vs.

JMC Glass & Mirror, Inc., et al.,
Defendant

Received by Foster Investigations to be served on JMC Glass & Mirror, Inc. (a dissolved corp)
302 S. Lee Street, Bloomington, IL 61701
I, Mark Foster, who, being duly sworn, depose and say that on the 31 day of May, 2005 at 10:20 AM executed by delivering a true copy of the Summons & Complaint

in accordance with the state statutes in the manner marked below:

    INDIVIDUAL SERVICE: Served the within-named person

    SUBSTITUTE SERVICE: By leaving copies at the usual place of abode of the defendant
    with a person, of age 13 years or upward, informing that person of the contents.
    Name: _____ Relation: _____
    Date copy mailed: _____

X  SERVICE ON: JMC Glass & Mirror, Inc. (a dissolved corp)
    Left a copy of the document(s) with the following:
    Name: Max Cheatham  Title: Agent

    OTHER SERVICE: As described in the comments below by serving
    _____ as _____

    NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

Age: 60  Sex: M  Race: W

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and sworn to before me on the
31st day of May, 2005
by the affiant who is personally known to me.

*[Signature]*
NOTARY PUBLIC

Mark Foster
Licensed Private Detective
Illinois License #: 115-001201

FOSTER INVESTIGATIONS
PO BOX 863
Normal, IL 61761
(309) 862-3473

Official Seal
Jacqueline M. Foster
Notary Public-State of Illinois
My Commission Expires 12-31-2005