AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

JMC GLASS & MIRROR, INC., a
dssolved Illinois corporation, a/k/a JMC Glass &
Mirror Inc. a/k/a JMC Glass & Mirror
MAX CHEATHAM, individually and d/b/a JMC
Glass & Mirror, Inc. a/k/a JMC Glass & Mirror
Inc. a/k/a JMC Glass & Mirror
JOAN CHEATHAM, individually and d/b/a
JMC Glass & Mirror, Inc. a/k/a JMC Glass &
Mirror Inc. a/k/a JMC Glass & Mirror

CASE NUMBER: 1:05CV0955

JUDGE: PAUL F. FRIEDMAN

DECK TYPE: LABOR/ERISA NON-EMPLOYMENT

DATE STAMP: 05/12/05

TO: (Name and address of Defendant)

MAX CHEATHAM, individually and d/b/a JMC
Glass & Mirror, Inc. a/k/a JMC Glass & Mirror
Inc. a/k/a JMC Glass & Mirror
302 S. Lee Street
Bloomington, IL  61701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within   twenty (20)   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    MAY 12 2005
CLERK                                         DATE

_(signature)_
(By) DEPUTY CLERK

# FOSTER INVESTIGATIONS
## AFFIDAVIT OF SERVICE OF PROCESS

Case Number:  1:05CV0955

International Painters and Allied
Trades Industry Pension Fund
Plaintiff
vs.

JMC Glass & Mirror, Inc., et al.,
Defendant

Received by Foster Investigations to be served on    Max Cheatham
302 S. Lee Street, Bloomington, IL 61701

I, Mark Foster, who, being duly sworn, depose and say that on the  31  day of  May , 2005  at  10:20 AM  executed by delivering a true copy of the Summons & Complaint

in accordance with the state statutes in the manner marked below:

**X** INDIVIDUAL SERVICE: Served the within-named person

____ SUBSTITUTE SERVICE: By leaving copies at the usual place of abode of the defendant with a person, of age 13 years or upward, informing that person of the contents.
  Name: _____  Relation: _____
  Date copy mailed: _____

____ SERVICE ON: _____
  Left a copy of the document(s) with the following:
  Name: _____  Title: _____

____ OTHER SERVICE: As described in the comments below by serving
  _____ as _____

____ NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

Age:  60   Sex:  M   Race:  W

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and sworn to before me on the
  31st  day of  May , 2005
by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Mark Foster
Licensed Private Detective
Illinois License #:  115-001201

FOSTER INVESTIGATIONS
PO BOX 863
Normal, IL 61761
(309) 862-3473

Official Seal
Jacqueline M. Foster
Notary Public-State of Illinois
My Commission Expires 12-31-2005