IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | )<br>)<br>) |
| Plaintiff, | ) CIVIL ACTION NO. 05-0955(PLF) |
| v. | )<br>) |
| JMC GLASS & MIRROR, INC., a dissolved Illinois corporation, *et al.* | )<br>)<br>) |
| Defendants. | ) |

**REQUEST TO CLERK TO ENTER DEFAULT**
**PURSUANT TO FED. R. CIV. PRO. 55(a)**

You will please enter a default on Defendants, JMC Glass & Mirror, Inc., a dissolved Illinois corporation, a/k/a JMC Glass & Mirror Inc. a/k/a JMC Glass & Mirror, Max Cheatham, individually and d/b/a JMC Glass & Mirror, Inc. a/k/a JMC Glass & Mirror Inc. a/k/a JMC Glass & Mirror, Joan Cheatham, individually and d/b/a JMC Glass & Mirror, Inc. a/k/a JMC Glass & Mirror Inc. a/k/a JMC Glass & Mirror, for failure to plead or otherwise defend in accordance with the Federal Rules of Civil Procedure and as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Affidavit of Sanford G. Rosenthal.

                  Respectfully submitted,

                  JENNINGS SIGMOND, P.C.

            BY:/s/  Sanford G. Rosenthal
               SANFORD G. ROSENTHAL, ESQUIRE
               (I.D. NO. 478737)
               The Penn Mutual Towers, 16th Floor
               510 Walnut Street, Independence Square
               Philadelphia, PA 19106-3683
               (215) 351-0611
Date: <u>July 15, 2004</u>      Attorney for Plaintiff

155605-1