IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND       Plaintiff, v. JMC GLASS & MIRROR, INC., a dissolved   Illinois corporation, *et al.*       Defendants. | ))))) CIVIL ACTION NO. 05-0955(PLF)))))))) |

**AFFIDAVIT OF SANFORD G. ROSENTHAL, ESQUIRE
FOR ENTRY OF DEFAULT**

Sanford G. Rosenthal, Esquire, having been first duly sworn according to law, hereby deposes and states as follows:

1.    I am the attorney for the Plaintiff in the above-entitled action.

2.    The Complaint and Summons in this action were served on the Defendants, JMC Glass & Mirror, Inc., a dissolved Illinois corporation, a/k/a JMC Glass & Mirror Inc. a/k/a JMC Glass & Mirror and Max Cheatham, individually and d/b/a JMC Glass & Mirror, Inc. a/k/a JMC Glass & Mirror Inc. a/k/a JMC Glass & Mirror, by Mark Foster, Process Server, who served Max Cheatham 302 S. Lee Street, Bloomington, IL 61701 on May 31, 2005. The Return of Service has been duly docketed with the Court. The time in which the Defendants may answer or otherwise move as to the Complaint has expired.

3.    The Complaint and Summons in this action were personally served on the Defendant, Joan Cheatham, individually and d/b/a JMC Glass & Mirror, Inc. a/k/a JMC Glass & Mirror Inc. a/k/a JMC Glass & Mirror, by Gary Burt, Process Server, at 301 Circuit Crt, East Peoria, IL 61602 on June 6, 2005. The Return of Service has been duly docketed with the Court.

155605-1

The time in which the Defendants may answer or otherwise move as to the Complaint has expired.

4.  Defendants have not filed a proper Answer with this Court or otherwise moved and the time for Defendants to answer or otherwise move has not been extended by Order of the Court.

4.  Defendants are neither infants nor incompetent persons.

5.  Inasmuch as a Defendant is a corporation, it is not in the military service

6.  The Clerk is requested to enter default against Defendants.

                                I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: July 15, 2004        BY:/s/    Sanford G. Rosenthal
                                          SANFORD G. ROSENTHAL, ESQUIRE