## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

JMC Glass & Mirror, Inc., a dissolved Illinois corporation
Max Cheatham
302 S. Lee Street
Bloomington, IL 61701

Joan Cheatham
301 Circuit Crt
East Peoria, IL 61602


Date: July 15, 2005        BY:/s/    Sanford G. Rosenthal
                                SANFORD G. ROSENTHAL, ESQUIRE

155605-1