UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS & ALLIED TRADES
INDUSTRY PENSION FUND
   Plaintiff,
   v.

Case Number: 1:05CV0955

JMC GLASS & MIRROR INC
   Defendant,

   For:
Legal Errands Inc.

## AFFIDAVIT OF SERVICE

Received by Meador Investigations, to be served on:

<u>Joan M Cheatham, 301 Circuit Ct., East Peoria, IL 61611-1433,</u>

I, <u>Gary P Burt</u> who, being duly sworn, deposes and say that on

<u>Monday, June 6, 2005 at 5:35 PM</u> executed service by delivering a true copy of the

<u>SUMMONS AND COMPLAINT</u>, in accordance with state statutes in the manner marked below:

**X INDIVIDUAL SERVICE:** Served the within-named person.

**_ SUBSTITUTE SERVICE:** Left a copy of the document(s) with some person of the age of 13 years upwards and informed that person of the contents thereof.
   Name: _____ Relation: _____
   Date copy mailed: _____

**_ SERVICE ON A BUSINESS:**
   Name: Title:

**_ NON-SERVICE:** For the reason detail in the notes below:
NOTES: __

Description of person accepting service:

| Age: | Sex: | Race: | Height: | Weight: | Hair: | Glasses: |
|---|---|---|---|---|---|---|
| 50 | Female | Caucasian | 5' 7" | 180-190 lbs | Blonde | Y |

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Service Fee:

Subscribed and sworn to before me on

**June 23, 2005**

by the affiant who is personally know to me.

_____
Notary Public

Official Seal
Ruth Ann Kaesebier
Notary Public State of Illinois
My Commission Expires 12/17/05

SERVED BY: _GPB_____
Process Served Number: 0129-279529
Appointed in accordance with Illinois State Statutes.
Meador Investigations
2201 Woodlawn Drive, Suite 560
P O Box 157
(217) 732-1585
IL Lic# 117-001077

12514

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

JMC GLASS & MIRROR, INC., a
dssolved Illinois corporation, a/k/a JMC Glass &
Mirror Inc. a/k/a JMC Glass & Mirror
MAX CHEATHAM, individually and d/b/a JMC
Glass & Mirror, Inc. a/k/a JMC Glass & Mirror
Inc. a/k/a JMC Glass & Mirror
JOAN CHEATHAM, individually and d/b/a
JMC Glass & Mirror, Inc. a/k/a JMC Glass &
Mirror Inc. a/k/a JMC Glass & Mirror

CASE NUMBER: 1:05CV0955

JUDGE: PAUL F. FRIEDMAN

DECK TYPE: LABOR/ERISA NON-EMPLOYMENT

DATE STAMP: 05/12/05

TO: (Name and address of Defendant)

JOAN CHEATHAM, individually and d/b/a
JMC Glass & Mirror, Inc. a/k/a JMC Glass &
Mirror Inc. a/k/a JMC Glass & Mirror
302 S. Lee Street
Bloomington, IL 61701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                MAY 12 2005

CLERK                                     DATE

(By) DEPUTY CLERK