Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED TRADES
INDUSTRY PENSION FUND
    Plaintiff(s)

  V.

Civil Action No. 05-955 PLF

JMC GLASS & MIRROR, INC, et al.,
    Defendant(s)

RE: JMC GLASS & MIRROR INC, MAX CHEATHAM and JOAN CHEATHAM

## DEFAULT

It appearing that the above-named defendants have failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on May 31, 2005 and June 6, 2005, and an affidavit on behalf of the plaintiff having been filed, it is this 19th day of July, 2005 declared that: defendants are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _Tawana Davis_
          Deputy Clerk