## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a copy of the foregoing Motion for Entry of Judgment of Default, Memorandum of Points and Authorities in Support thereof, Declaration of Gary Meyers, Declaration of Sanford G. Rosenthal and proposed Default Judgment by sending a copy of same via U.S. Mail, postage-prepaid on the date below to:

> JMC Glass & Mirror, Inc., a dissolved Illinois corporation
> Max Cheatham
> 302 S. Lee Street
> Bloomington, IL 61701
>
> Joan Cheatham
> 301 Circuit Crt
> East Peoria, IL 61602

DATE: July 20, 2005                    s/Sanford G. Rosenthal
                                                    SANFORD G. ROSENTHAL

155619-1