July 11, 2005

TO:     SHANNA CRAMER

FROM: PEGGY GILBERT

RE:     JMC GLASS & MIRROR INC.     J1077 G00157 / G01164

**Lawsuit filed 5/9/05 by Shanna Cramer for at least the sum of $7,692.45 representing:**
AUDIT PERIOD 1/1/02 TO 6/30/04
$5,506.83 Audit principal - ($5,456.20 Pension/$50.63 L.M.C.I)
$   612.68 Interest through 02/15/05
$   215.40 Audit costs
$1,107.37 Liquidated damages
$   250.17 Additional interest through 4/30/05
$7,692.45 Total

### OWES:

| | | |
|---|---|---|
| $5,506.83 | Audit Principal - $5,456.20 | IUPAT Pension |
| | $50.63 | LMCI |
| $741.81 | Interest through 7/15/05 | |
| $215.40 | Audit Costs | |
| $1,101.36 | Liquidated damages | |
| $440.00 | Attorneys' fees and costs through 5/05* | |
| $8,005.40 | TOTAL | |

**Plus**, any add. Attys fees and costs 6/05 forward

**Plus**, their report and contributions for 5/05

```
*JS    440.00   05/05 APR 05
 JS     00.00   06/05 MAY 05
```

