IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JMC GLASS & MIRROR, INC., a dissolved Illinois corporation, *et al.*<br><br>　　　　　Defendants. | )<br>)<br>)<br>) CIVIL ACTION NO. 05-0955(PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF SANFORD G. ROSENTHAL, ESQUIRE

Sanford G. Rosenthal, Esquire, declares on penalty of perjury under the laws of the United States as follows:

1. I am a shareholder in the law firm of Jennings Sigmond and presently serve as counsel to the International Painters and Allied Trades Industry Pension Fund ("Pension Fund") in this case. I graduated from The Dickinson School of Law in 1983 and was admitted as a member of the Bar of the District of Columbia on August 5, 2002. I have been a member of the Pennsylvania Bar since 1983. I have represented employee benefit plans such as the Pension Fund since 1983. In that capacity, I have litigated numerous cases involving employers who have failed to pay pension contributions. I am submitting this Declaration to document the attorneys' fees and costs which the Pension Fund has incurred in this case through July 15, 2005.

2. Attached as Exhibit 4 is an itemized statement detailing the attorney's fees and costs incurred by the Pension Fund through July 15, 2005, in connection with collecting delinquent contributions and other amounts from Defendants. Based upon my review of Exhibit 4, the Fund has incurred $2,379.71 in attorneys' fees and costs.

155619-1

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief

Date:  July 20, 2005

s/Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE

155619-1