## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-0955(PLF) |
| v. | ) ) | |
| JMC GLASS & MIRROR, INC., a dissolved Illinois corporation, *et al.* | ) ) ) ) | |
| Defendants. | ) | |

Shanna M. Cramer, Esquire          SMC

| Date | Attorney | Task | Time |
|---|---|---|---|
| 07/13/2005 | SMC | Preparation of Motion for Default Judgment. | 1.20 |
| 07/14/2005 | SMC | Preparation of Motion for Default Judgment. Preparation of Declaration of G. Meyers | 2.50 |
| | | **TOTAL** | **3.70** |

**July Summary**

SMC   3.70  Hrs x  $200 /Hr.  =    $   740.00

Attorneys' fees 04/05 – 06/05 =    $  1,107.00
Costs          04/05 – 06/05 =    $    532.71

**Grand Total:**          **$ 2,379.71**



Jennings Sigmond

REPORT DATE    07/14/05                          WORK IN PROCESS REPORT                                    PAGE    1
REPORT NUMBER JP038-063425
SORTED BY CLIENT/MATTER                                                                          PRINTED BY MHT2
BILL THROUGH RANGE 00/00/00-07/14/05


CLIENT  PTINTF  MATTER   27110      IUPAT Industry Pension Fund              JMC Glass & Mirror, Inc.
                                       Industry Pension Fund
                                    Gary J. Meyers, Administrator
                                    1750 New York Avenue, N.W. #501
                                    Washington, DC 20006
BILL TMKP :     RBS     Richard B. Sigmond
ORIG TMKP :     RBS     Richard B. Sigmond


   DATE    TIMEKEEPER      HOURS       AMOUNT     DESCRIPTION


  06/10/05    SMC           .40         80.00     Update Litigation Report
  06/13/05    SMC           .10         20.00     Review of Affidavit of Service
                                                  Memo to File
  06/14/05    SMC           .50        100.00     Research Location of J. Cheatham
  06/23/05    SMC           .50        100.00     Research - Location of Individual Defendant
                                                  Preparation of Letter to J. O'Donovan at Legal
                                                  Errands


          TIMEKEEPER TOTALS


SMC         1.50    200 /hr          300.00


TOTAL               1.50       $     300.00


          DISBURSEMENTS


  06/01/05    CRDB                      69.63     Computer Research - Dun & Bradstreet
  06/16/05    7100                     177.80     Service Fee


          DISBURSEMENT TOTALS


CRDB                      69.63
7100                     177.80


DISB TOTAL        $       247.43


BILL TOTAL        $       547.43


          LAST ACTIVE   07/05/05                       LAST PAYMENT    06/30/05

Jennings Sigmond

REPORT DATE    07/14/05

WORK IN PROCESS REPORT

PAGE    2

REPORT NUMBER JP038-063425

PRINTED BY MHT2

SORTED BY CLIENT/MATTER

BILL THROUGH RANGE 00/00/00-07/14/05

| | HOURS | FEES/ EXPENSES |
|---|---|---|
| REPORT TOTALS | 1.50 | 300.00 |
| | | 247.43 |

REPRINT OF BILLED DETAILS (as billed)


```
                        Bill number PTINTF-27110-001 RBS
                           Bill date    05/10/05
```

International Painters and Allied Trades
   Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006


JMC Glass & Mirror, Inc.          (27110)

FOR PROFESSIONAL SERVICES RENDERED

```
04/21/05 SGR   Review of Correspondence from Fund regarding New
               Delinquency Case
               Review of Documents
               Preparation of Litigation Memo
                                        .40 hrs  200  /hr      80.00
04/27/05 SMC   Preparation of Complaint
               Legal Research
               Review of Documents
                                       1.50 hrs  200  /hr     300.00
04/29/05 SMC   Legal Research
                                        .30 hrs  200  /hr      60.00
                                                           -----------
               TOTAL FEES                             $        440.00
```

DISBURSEMENTS

```
                                                           -----------
               TOTAL DISBURSEMENTS                    $           .00
```

BILLING SUMMARY

```
               TOTAL FEES                             $        440.00
                                                           -----------
               TOTAL CHARGES FOR THIS BILL            $        440.00
```

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTF-27110-002 RBS
Bill date    06/10/05

International Painters and Allied Trades
   Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

JMC Glass & Mirror, Inc.          (27110)

FOR PROFESSIONAL SERVICES RENDERED

05/03/05 SGR   Office Conference with Attorney S. Cramer
                                  .10 hrs  200  /hr       20.00
05/04/05 SMC   Legal Research
               Preparation of Complaint
                                 1.50 hrs  200  /hr      300.00
05/05/05 SGR   Review and Revision of Complaint
                                  .20 hrs  200  /hr       40.00
05/17/05 CTM   Review of Electronic Court Documents regarding
               Summons and Complaint
                                  .10 hrs   70  /hr        7.00
                                                     -----------
               TOTAL FEES                        $      367.00

DISBURSEMENTS

05/06/05 7100 Filing Fee                                250.00
05/31/05 COPY Photocopies                                21.84
05/31/05 PO   Postage Charges                            13.44
                                                     -----------
               TOTAL DISBURSEMENTS               $      285.28

BILLING SUMMARY

               TOTAL FEES                        $      367.00

               TOTAL DISBURSEMENTS               $      285.28
                                                     -----------
               TOTAL CHARGES FOR THIS BILL       $      652.28

```
REPRINT OF BILLED DETAILS (as billed)
PTINTF-27110-ALL RBS                                          Page      1



                REPORT TOTALS

                TOTAL FEES                                      807.00

                TOTAL DISBURSEMENTS                             285.28
                                                            -----------
                                                              1,092.28
```